# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Stephen W. Perkins and all others similarly situated,

    Plaintiffs,

v.

Verified Identity Pass, Inc., and Doe Defendants 1-25

    Defendants.

**APPEARANCE**

Case Number: 09-cv-5951 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Verified Identity Pass, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/3/2009 | *[signature]* |
| Date | Signature |
| | Paul R. Niehaus     PN-3994 |
| | Print Name     Bar Number |
| | 1359 Broadway, Suite 2001 |
| | Address |
| | New York    New York    10018 |
| | City    State    Zip Code |
| | (212) 631-0223    (212) 624-0223 |
| | Phone Number    Fax Number |