UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN W. PERKINS, NORMAN STOEHR, CATHERINE STOEHR, DAVID SCHAPIRO, STACEY SCHAPIRO, MARIELLEN BAKER, SANSOO WESLY PARK, WILLIAM WHETSTONE, RICHARD LUCKETT, MARK NATHAN, MATTHEW DELANEY, PETER NATHAN, LOIS NATHAN, JOHN D. WILGEROTH, KERRY B. HOGGARD, MIKE BERKLEY, DAVID GOLDBERG, PAUL BRAOUDAKIS, AARON LAMBERT, KIMBERLY QUAN, STUART SCHAPIRO, JOAN SCHAPIRO, JAMES B. BLACK, *and all others similarly situated*,<br><br>            Plaintiffs,<br>   v.<br><br>VERIFIED IDENTITY PASS, INC., and Doe Defendants 1-25.<br><br>            Defendants. | Civil Action No: 09-CV-05951-RJH |
| WILLIAM POLESE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>            Plaintiffs,<br>   v.<br><br>VERIFIED IDENTITY PASS, INC., and DOES 1-50.<br><br>            Defendants. | Civil Action No: 09-CV-06416-RJH |

| | |
|---|---|
| MARILYN MEDDLES, on behalf of herself and all others similarly situated,<br><br>             Plaintiffs,<br>     v.<br><br>VERIFIED IDENTITY PASS, INC., and JOHN DOES 1-20.<br><br>             Defendants. | Civil Action No: 09-CV-6669 |
| BLAIR C. FENSTERSTOCK, CONSTANCE J. THOMAS, a.k.a. CONSTANCE J. FENSTERSTOCK, *and all others similarly situated,*<br><br>             Plaintiff,<br><br>             -against-<br><br>VERIFIED IDENTITY PASS, INC., STEVEN BRILL, and DOE DEFENDANTS 1-25<br><br>             Defendant. | Civil Action No.: 09-CV-6670 |
| ROBERT I. HARWOOD**,** on behalf of himself and all others similarly situated<br><br>             Plaintiff,<br><br>             -against-<br><br>VERIFIED IDENTITY PASS, INC.,<br><br>             Defendant. | Civil Action No: 09-CV-6678 |

| | |
|---|---|
| LEE FRIEDMAN, KENNETH GREENBERG, MARCEL KUNZ, AND JOHN G. REAMS, Individually And On Behalf Of All Persons Similarly Situated,<br><br>            Plaintiffs,<br>  v.<br><br>VERIFIED IDENTITY PASS, INC., and DOES 1-50.<br><br>            Defendants. | **Civil Action No: 09-CV-6694** |
| DELMAR S. DUKES, on behalf of himself and all others similarly situated<br><br>            Plaintiff,<br><br>            -against-<br><br>VERIFIED IDENTITY PASS, INC.,<br><br>            Defendant. | Civil Action No: 09-CV-6947 |

**NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF CO-LEAD COUNSEL**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Lee Friedman, Kenneth Greenberg, Marcel Kunz, John G. Reams and William Polese ("Movants"), by their counsel, will hereby move this Court on a date and such time as may be designated by the Court, located at 500 Pear Street, New York, NY 10007-1312, for an Order: (i) consolidating the above-captioned related actions for all purposes pursuant to Fed. R. Civ. P. 42(a); and (ii) appointing the law firms of Faruqi & Faruqi, LLP and Glancy Binkow & Goldberg, LLP as Co-Lead Counsel for Movants and the proposed class.

In support of this Motion, Movants submit herewith the following: (i) Memorandum of Law in Support of Motion to Consolidate Related Class Actions and for Appointment of Co-Lead Counsel; (ii) Declaration of Katherine Den Bleyker in Support Thereof; and (iii) [Proposed] Order.

Dated: August 10, 2009                    **GLANCY BINKOW & GOLDBERG LLP**

By:  *s/ Katherine Den Bleyker*
          Katherine Den Bleyker

Lionel Z. Glancy
Michael G. Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: Info@glancylaw.com


**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
1501 Broadway, Suite 1900
New York, NY 10036
Tel: (917) 510-0009

Fax: (646) 366-0895
Email: Info@glancylaw.com

**FARUQI & FARUQI, LLP**
David H. Leventhal, Esq.
369 Lexington Avenue, 10th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: dleventhal@faruqilaw.com

**FARUQI & FARUQI, LLP**
Vahn Alexander, Esq.
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
Email: valexander@faruqilaw.com

**THE BRAND LAW FIRM, P.A.**
Craig Brand, Esq.
2816 E. Robinson Street, 2nd Floor
Orlando, FL  32803
Tel: (877) 407-2726
Email: craig@thebrandlawfirm.com

*Counsel for Movants*

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:
I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 10, 2009 , I served the following:

1. **NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF CO-LEAD COUNSEL**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF CO-LEAD COUNSEL**

3. **DECLARATION OF KATHERINE DEN BLEYKER IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF CO-LEAD COUNSEL**

4. **[PROPOSED] ORDER REGARDING MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF CO-LEAD COUNSEL**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| Christine Marie Fox<br>Kaplan Fox & Kilsheimer, LLP(CA)<br>850 Third Avenue<br>New York, NY 10022<br>(212)-687-1980<br>(415)772-4707 (fax)<br>cfox@kaplanfox.com<br><br>Ronen Sarraf<br>Sarraf Gentile, LLP<br>116 John Street<br>Suite 2310<br>New York, NY 10038<br>(212) 868-3610<br>(212) 918-7967 (fax)<br>ronen@sarrafgentile.com<br><br>Blair Courtney Fensterstock<br>Fensterstock & Partners LLP<br>30 Wall Street<br>New York City, NY 10013<br>(212) 785-4100<br>(212) 785-4040 (fax)<br>bfensterstock@fensterstock.com<br><br>Lee Squitieri<br>Squitieri & Fearon, LLP<br>32 East 57th Street<br>12th Floor<br>New York, NY 10022<br>(212) 421-6492<br>(212) 421-6553 (fax)<br><br>Daniel Robert Lapinski<br>Wilentz, Goldman & Spitzer, P. A.(NJ)<br>110 William Street<br>26th floor<br>New York, NY 10038-3901<br>212-267-3091<br>212-267-3828 (fax)<br>dlapinski@wilentz.com | Vahn Alexander<br>Faruqi & Faruqi LLP<br>1901 Avenue of the Stars, Second Floor<br>Los Angeles, CA 90067<br>310-461-1426<br>310-461-1427 (fax)<br><br>David Howard Leventhal<br>Faruqi & Faruqi, LLP<br>369 Lexington Avenue<br>10th Floor<br>New York, NY 10017<br>(212)983-9330<br>(212) 983-9331 (fax)<br>dleventhal@faruqilaw.com<br><br><br><br>Paul Robert Niehaus<br>Niehaus LLP<br>1359 Broadway<br>Suite 2001<br>New York, NY 10018<br>(212) 621-0233<br>(212) 621-0233 (fax)<br>pniehaus@niehausllp.com<br><br>Howard L. Vickery, II<br>Boies, Schiller & Flexner, LLP(NYC)<br>575 Lexington Avenue, 7th floor<br>New York, NY 10022<br>(212)446-2300<br>(212)446-2350 (fax)<br>hvickery@bsfllp.com |

Executed on August 10, 2009, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Sasha A. Radcliffe*

Sasha A. Radcliffe