```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN W. PERKINS, ET AL.,

        Plaintiff,

- against -

VERIFIED IDENTITY PASS, INC., ET AL.,

        Defendants.

---

AND RELATED CASES

1:09-cv-05951-RJH

**ORDER**

A pretrial conference will be held Friday, October 16, 2009, at 3:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007. All pending motions will be addressed.

SO ORDERED.

Dated: New York, New York
      September 8, 2009

                                        Richard J. Holwell
                                      United States District Judge